01-15-00923-CR



# CHRIS DANIEL

### HARRIS COUNTY DISTRICT CLERK

CORRECTION LETTER -   MOTION FOR NEW TRIAL

November 13, 2015

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
11/13/2015 9:42:38 AM
CHRISTOPHER A. PRINE
Clerk

DEBORAH SUMMERS
ATTORNEY OF RECORD
11210 STEEPLECREST, SUITE 120
HOUSTON,  TEXAS 77065

Defendant's Name:  JUAN ROJAS

Cause No:  1448037

Court:  185TH  DISTRICT COURT

Please note the following appeal updates on the above mentioned cause:

**Notice of Appeal Filed Date:**  10/07/2015
**Sentence Imposed Date:**  10/07/2015
**Court of Appeals Assignment:  First  Court of Appeals**
**Appeal Attorney of Record:**  DEBORAH SUMMERS
Motion for New Trial   11/03/2015

Sincerely,

*/s/ N. Salinas*
Criminal Post Trial Deputy

CC:  Devon Anderson
     District Attorney
     Appellate Division
     Harris County, Texas

    KATHLEEN POWERS (DELIVERED VIA E-MAIL)

This is your notice to inform any and all substitute reporters in this cause.

1201 Franklin   P.O. Box 4651   Houston, Texas  77210-4651